# United States District Court

**FILED**
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__NORTHERN__   DISTRICT OF   __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**ENRIQUE URRUTIA,**
a/k/a **ANGEL LUIS GUZMAN VAZQUEZ**

☐ **ORIGINAL**

Venue: SAN FRANCISCO

## CRIMINAL COMPLAINT

3 08 70369 BZ

CASE NUMBER:

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>July 22, 2004</u> in <u>San Francisco County</u>, in the <u>Northern District</u> of <u>California</u>, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested:     ☒Yes ☐No
   Bail Amount: N/A

Signature of Complainant, Jonathan Kazmar

Sworn to before me and subscribed in my presence,

__June 18, 2008__                  at          San Francisco, California
Date                                             City and State

**Nandor J. Vadas**
**United States Magistrate Judge**
Name & Title of Judicial Officer                 Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA      )
                                     ) ss. AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO     )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
ENRIQUE URRUTIA,
A/K/A ANGEL LUIS GUZMAN VAZQUEZ,
WITH VIOLATING 18 U.S.C. 1542,
FALSE STATEMENTS IN APPLICATION AND USE OF PASSPORT

I, Jonathan Kazmar, as a duly sworn federal law enforcement officer, hereby depose and state as follows:

## Purpose

This Affidavit is made in support of a Complaint against ENRIQUE URRUTIA, a/k/a ANGEL LUIS GUZMAN VAZQUEZ, for a violation of Title 18 U.S.C. Section 1542 – False Statement(s) in an application for a passport.

The statements set forth below are submitted to establish probable cause that ENRIQUE URRUTIA, a/k/a ANGEL LUIS GUZMAN VAZQUEZ, has violated Title 18 U.S.C. Section 1542. These statements are based upon my personal knowledge, the review of various records and documents obtained during this investigation, interviews conducted during this investigation, and discussions with other law enforcement officers. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

## Affiant Background

I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants. I have a Bachelor's of Science from the University of California at Berkeley and a Juris Doctor from the University of California at Davis and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since 2000, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports, visas, and other citizenship documents.

## Relevant Statute

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a

United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisonment not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Facts Supporting Probable Cause**

1. On or about July 22, 2004, ENRIQUE URRUTIA ("URRUTIA" or "defendant"), submitted a DS-11 application for a United States passport (Application # 057532751) at the Potrero Center Post Office, San Francisco, which is located in the Northern District of California. URRUTIA listed his name in the application as ANGEL LUIS GUZMAN VAZQUEZ. The application included a photograph and Social Security Number (ending in digits 3930). As proof of United States citizenship and identity, URRUTIA submitted a California Identification Card (No. D6349962) and a Puerto Rico Birth Certificate. The passport application listed the following information:

Name: Angel Luis Guzman Vazquez
Date of Birth: XX/XX/1969
Place of Birth: Ponce, Puerto Rico
Mother's Name: Maria Esther Vazquez Maldonado
Father's Name: Vicente Guzman Cornier
Social Security Number: XXX-XX-3930
California Identification Card: D6349962

2. On June 10, 2008, your affiant requested the Department of Homeland Security Biometric Services Center - West ("DHS BSC – West") conduct a search through the FBI Integrated Automated Fingerprint Identification System ("IAFIS") database using the fingerprints from defendant's California Identification Card (No. D6349962) and compare it to the fingerprints submitted along with the defendant's U.S. passport application (057532751). On June 12, 2008, DHS BSC – West matched these fingerprints to ones previously taken by the San Francisco Police Department for ENRIQUE URRUTIA, FBI No. 579739XB8, born in Mexico.

3. On June 13, 2008, your affiant also reviewed booking photographs of ENRIQUE URRUTIA taken in 2004 and 2008. Your affiant compared the person in the booking photographs to the person in the photograph from California Identification Card (No. D6349962) issued in the name of ANGEL LUIS GUZMAN VAZQUEZ and

submitted with the U.S. passport application (No. 057532751), and opines they are one and the same.

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that ENRIQUE URRUTIA did willfully and knowingly make a false statement in support of an application for a passport when he submitted a passport application bearing the name ANGEL LUIS GUZMAN VAZQUEZ to a United States Passport Office in San Francisco, California, in the Northern District of California, and submitted as proof of identity a Puerto Rico birth certificate and California Identification Card, all issued under the name ANGEL LUIS GUZMAN VAZQUEZ, and that he did so with the intent to induce or secure the issuance of a passport, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Jonathan Kazmar
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
On June 18, 2008

The Honorable Nandor J. Vadas
U.S. Magistrate Judge
Northern District of California