| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 6 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Simone Voltz | REPORTER/FTR<br>10:00-10:06 | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>June 20, 2008 | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70369 BZ |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT<br>Enrique Urrutia | AGE<br>33 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Christopher F. Morales (General) | PD. ☐  RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Wendy Thomas | INTERPRETER<br>(Waived) ||| ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Tim Elder |||  DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR ||||
|---|---|---|---|
| ☒ INITIAL APPEAR<br>6 min. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG    ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R    ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC.    ☐ ATTY APPT HEARING |

FILED JUN 20 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 25 K   P/R | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 6/20/08 |
| PROPERTY TO BE POSTED<br>☐ CASH  $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE ||||||
|---|---|---|---|---|---|
| TO:<br>8/5/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET ||
| AT:<br>9:30 | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER ||
| BEFORE HON.<br>BZ | ☐ DETENTION HEARING || ☐ MOTIONS | ☐ JUDGMENT & SENTENCING ||
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 || ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Counsel to prepare Stip and Order waiving/excluding time.

cc: BZ, Pretrial

DOCUMENT NUMBER: